CV 20125679 (KAM) (MDG)

## INITIAL CONFERENCE QUESTIONNAIRE

1. If not yet made, date for completion of automatic disclosures required by Rule 26(a) of the Fed. R .Civ. P.: __2/1/13__ .

2. Total number of interrogatories: plaintiff(s) __25__ and defendant(s) __25__

3. Maximum number of requests for admission: __5__

4. Number of depositions by plaintiff(s) of:   parties __1-4__   non-parties __1-4__

5. Number of depositions by defendant(s) of:   parties __1-4__   non-parties __1-4__

6. Number of depositions exceeding 7 hours:   parties __N/A__   non-parties __N/A__

7. Date for completion of factual discovery: __7/16/13__

8. Number of expert witnesses of plaintiff(s): __N/A__ medical __N/A__ other (type)

   Date(s) for expert report(s): _____ medical _____ other (type)

9. Number of expert witnesses of defendant(s): __1-4__ medical __N/A__ other (type)

   Date(s) for expert report(s): __8/15/13__ medical _____ other (type)

10. Date for completion of expert discovery: __N/A__

11. Date for motion to amend pleadings by: plaintiff(s) __3/16/13__ defendant(s) __3/16/13__

12. Number of proposed additional parties to be joined by plaintiff(s) __4__ and defendant(s) _____
    Date for motion for joinder: __3/16/13__

13. Counsel must confer on whether this case involves electronic discovery and any potential issues regarding discovery and disclosure of electronically stored documents, including the form or forms in which it should be produced, any limitations on the types of electronically stored information to be disclosed and the preservation of relevant information that might otherwise be destroyed under a party's routine procedures. Are there any agreements reached regarding electronic discovery or any anticipated issues?
    ____ Yes   ____ No   __✓__ Not Applicable

14. Counsel must discuss the procedures for assertion of claims of privilege or of protection of trial preparation material produced in discovery. Have counsel reached agreements regarding the right of a party to assert privilege after production. See Fed.R.Evid. 502(e). ____ Yes   __✓__ No

15. Types of contemplated dispositive motions: __Summary Judgment__

16. Dates for filing any dispositive motion or any request for pre-motion conference: __8/15/13__

17. The parties are advised that they may consent to trial, including a jury trial, before a magistrate judge pursuant to 28 U.S.C. § 636(c). If they are prepared to consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c), they may do so at the conference or later in the litigation. They should not indicate which party has declined if both sides do not consent.