UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X   Docket No. CV 12-5679
MARK HOLT,                               (KAM) (MDG)

                    Plaintiff,         NOTICE OF
                                        APPEARANCE

   -against-

THE METROPOLITAN TRANSIT AUTHORITY,
METROPOLITAN TRANSIT AUTHORITY POLICE
DEPARTMENT, MTA POLICE OFFICER CORA, TAX
ID #80614, MTA POLICE OFFICER JOHN DOES # 1-4
(names and shield numbers of whom are unknown at
present), and other unidentified members of the MTA
Police Department,

                    Defendants.
------------------------------------X

       **PLEASE TAKE NOTICE**, that I am a member of the law firm of Bee Ready Fishbein Hatter & Donovan, LLP. I will be appearing in this matter on behalf of all Defendants. The undersigned certify that they are admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated: Mineola, New York
       January 17, 2013

                                          **BEE READY FISHBEIN HATTER & DONOVAN, LLP**

                       By:      _[signature]_
                              Evelyn F. Gross (EG 2178)

                              *Attorneys for Defendants*
                              170 Old Country Road – Suite 200
                              Mineola, NY 11501
                              (516) 746-5599
                              Fax No.: (516) 746-1045
                              msiravo@beereadylaw.com
                              abianco@beereadylaw.com
                              File no. 6178-1214

TO: <u>Via ECF</u>

**JACOBS & HAZAN, LLP**
*Attorneys for Plaintiff*
11 Park Place, 10th Floor
New York, NY 10007
(212) 577-2690
Att: Stuart E. Jacobs, Esq.
David M. Hazan, Esq.
<u>sjacobs@jacobshazan.com</u>
<u>dhazan@jacobshazan.com</u>